ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN - 4 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN - 4 2012

CENTRAL DISTRICT OF CALIFORNIA
BY  Shy                      DEPUTY

ENTER / JS·6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| KIRK ROBERT LILLIS, | Case No. CV 10-06556 VAP (AN) |
| Plaintiff, | JUDGMENT |
| v. | |
| PEOPLE OF THE STATE OF CALIFORNIA, | |
| Defendant. | |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Court's concurrently filed Order.

DATED:  December 27__, 2011

*Virginia a. Phillips*

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE